# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 24, 2022

Lyle W. Cayce
Clerk

No. 21-51017
Summary Calendar

───────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Ricardo Guzman,

*Defendant—Appellant*.

───────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:21-CR-237-1

───────────

Before Jolly, Willett, and Engelhardt, *Circuit Judges* .

Per Curiam:*

The attorney appointed to represent Ricardo Guzman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Guzman has not filed a response. We have reviewed counsel's brief and the

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-51017

relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

We note, however, that there is a clerical error in the written judgment. The district court proceedings concerned the revocation of Guzman's term of probation. However, the judgment states that his term of supervised release was revoked and otherwise refers to a non-existent term of supervised release. Accordingly, we REMAND for correction of the clerical error in the written judgment in accordance with Federal Rule of Criminal Procedure 36.